MEMORANDUM OPINION




No. 04-03-00078-CV



IN RE REDMAN HOMES, INC.



Original Mandamus Proceeding



Arising from the 229th Judicial District Court, Duval County, Texas


Trial Court No. DC-02-83


Honorable Alex W. Gabert, Judge Presiding



PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: February 5, 2003


PETITION FOR WRIT OF MANDAMUS DENIED

 On January 29, 2003, relator filed a petition for writ of mandamus. This court has determined
that the relator is not entitled to the relief sought. Therefore, the petition is DENIED. Tex. R. App.
P. 52.8(a).

 PER CURIAM

Publish